UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENTE PEREZ-LUNA,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____/ | Case Number: CV07-02736 PJH<br>**CERTIFICATE OF SERVICE** |
| CLEMENTE PEREZ-LUNA,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant.<br>_____/ | Case Number: CV07-2887 PJH |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clemente Perez Luna Reg. No. 85076-011
United States Penitentiary
P.O. Box 5500
Adelanto, CA 92301

Dated: June 26, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk