UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLEMENTE PEREZ LUNA,

    Petitioner,    Nos. C 07-2887 PJH

  v.    **JUDGMENT**

UNITED STATES OF AMERICA,

    Respondent.
_____/

Pursuant to the order dismissing Luna's petition for relief under 28 U.S.C. § 2255 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 25, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge