UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLEMENTE PEREZ LUNA,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

No. C 07-2736 PJH/ 07-2887 PJH
CR 90-0392 PJH

**ORDER DENYING PETITIONER'S REQUEST FOR STATUS HEARING**

    Petitioner Clemente Perez Luna, a federal prisoner, proceeding pro se, filed two motions, one on May 9, 2007, entitled a "motion to recall mandate," and the other on May 21, 2007, entitled a "motion to amend federal rule civil procedure 15(a)(b) relation back, or via writ of habeas corpus section 2255." Because neither motion constituted Luna's first § 2255 motion requiring the court to first inform Luna of any re-characterization of the motions, the court appropriately re-characterized the two motions as motions to vacate Luna's sentence under 28 U.S.C. § 2255, and corresponding civil cases were opened by the Clerk. Subsequently, on June 25, 2007, the court dismissed the cases as impermissible second and successive habeas petitions.

    Luna has now filed what appears to be a request for a status conference in case no. C 07-2887 PJH (although he has provided the case number for his first § 2255 motion, C 01-2954 PJH). Because that case has been dismissed, the request is DENIED. Pursuant to this court's June 25, 2007 order, Luna is again advised that because the court has already adjudicated one § 2255 motion filed by Luna, C 01-2954

PJH, this court is without jurisdiction to consider his subsequent requests until he obtains the requisite certification from the Ninth Circuit.  *See United States v. Allen*, 157 F.3d 661, 644 (9th Cir. 1998) (a district court has no jurisdiction to reach the merits of any successive claim unless petitioner receives certification from the court of appeals).

**IT IS SO ORDERED.**

Dated: July 30, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge